UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: <br> ADAM SIAKALA <br><br> Debtor | CHAPTER 13 <br><br> CASE NO. 18-31031 amn |
| Christopher M. McKeon, Committee <br> Movant <br><br> v. <br><br> Adam Siakala aka Adam S. Siakala <br> Roberta Napolitano, Chapter 13 Trustee and <br> Federal National Mortgage <br> Respondents | <br><br> JULY 17, 2018 |

### AMENDED MOTION FOR RELIEF FROM THE AUTOMATIC STAY REGARDING INTERIM FEES AND COSTS FOR COURT-APPOINTED FORECLOSURE COMMITTEE

The undersigned Movant, in his capacity as duly appointed Foreclosure Committee in the matter of Federal National Mortgage v. Adam Siakala aka Adam S. Siakala, docketed as case number NNH-CV-17-6072062S, in Connecticut Superior Court for the Judicial District of New Haven at New Haven, hereby respectfully moves the Court for the entry of an order pursuant to 11 U.S.C. §362(d) terminating the automatic bankruptcy stay in the instant matter for the limited purpose of allowing the Movant to seek an order from the Superior Court for the award and payment of interim fees and expenses related to said Foreclosure Committee work.

In support of this Motion, the Movant states as follows:

### JURISDICTION

1. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. § 1334.

2. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

4. The statutory predicate for the relief requested by the Movant is § 362(d) of Title 11 of the United States Code (the "Bankruptcy Code").

## GENERAL BACKGROUND

5. On or about June 23, 2017, Federal National Mortgage instituted an action against the Debtor, Adam Siakala aka Adam S. Siakala, for the foreclosure of property located and known as 115 Bull Avenue, Wallingford, Connecticut (hereinafter "the Property").

6. On April 16, 2018, the Connecticut Superior Court (Avallone, J.) entered an order that the Property be sold at a judicial auction set to take place on July 7, 2018. Further, the Court appointed the Movant as the Court's Committee to administer the said auction.

7. Pursuant to the order of the Superior Court, the Movant incurred certain fee and expense relative to that appointment.

8. On or abut June 20, 2018, the Debtor filed the instant Chapter 13 Bankruptcy Case.

9. Pursuant to 11 U.S.C. §362(a), the aforesaid judicial auction of the Property did not go forward.

## ARGUMENT

10. As set forth in C.G.S. §49-25, "…if for any reason the [foreclosure] sale does not take place, the expense of the sale and appraisal or appraisals shall be paid by the plaintiff [in the foreclosure case]…"

11. Based on the same, the Movant seeks relief for the sole purpose of petitioning the Superior Court for an order requiring Federal National Mortgage to pay committee fees and expenses related to the said judicial auction in an amount to be approved by the Superior Court.

12. By the provisions of 11 U.S.C. § 362, all persons are enjoined and stayed from commencing any suit against the Debtor.

13. 11 U.S.C. § 36(d)(1) of the Bankruptcy Code provides that the Court may grant stay relief for cause.

14. Here, cause exists because the Respondent, Federal National Mortgage, is not a debtor in this case and thusly will not benefit from any order of discharge which may enter in the Debtor's favor. Correspondingly, pursuant to Connecticut law, Federal National Mortgage will be responsible for the Movant's fees and costs (subject to Superior Court approval) notwithstanding the outcome of the instant case.

15. Based on the same, the purposes and intent of 11 U.S.C. § 362(a) do not apply to the Respondent, Federal National Mortgage, in the instant matter.

16. Cause also exists because the Movant, who was appointed to do work on behalf of the Superior Court, has expended time and money in furtherance of the same, and the automatic stay, as applied here, would serve no other purpose other than delaying the Respondent, Federal National Mortgage's repayment of those funds (again, subject to Superior Court approval) for an indeterminate period of time, potentially years.

17. The co-debtor stay provided pursuant to 11 U.S.C. § 1301 does not apply to the instant case because:

   a. The Respondent, Federal National Mortgage, is not an individual; and

   b. The Movant is not a creditor of the Debtor but rather a potential creditor of the Respondent, Federal National Mortgage, for whom the automatic stay applies pursuant to Equity One, Inc. v. Shivers, 150 Conn. App. 745, 93 A.3d 1167 (2014).

18. As a general rule, the automatic stay under §362(a) of the Bankruptcy Code only applies to debtors and does not apply to guarantors, sureties, insurers or other person or entities liable on the debt. See In Re Adelphia Communications Corp., 298 B.R. 49, 54 (S.D.N.Y. 2003); see also United States v. Wright, 57 F.3d 561, 562 (7th Cir. 1995).

19. The exception of this general rule is where a claim against a non-debtor may have an immediate adverse economic consequence to the debtor and the estate In re Adelphia Communications Corp., supra, at 54; however, that is not the case in the instant matter.

**WHEREFORE,** for the reasons stated herein, the Movant respectfully requests that the Court modify the automatic stay so that the Movant can seek interim Committee's fees and expenses/costs from the Respondent, Federal National Mortgage, by way of an order of the Connecticut Superior Court, with it being understood that the Movant shall not seek to collect any such fees or costs from the Debtor or the Debtor's bankruptcy estate.

Respectfully submitted,

By:  /s/ Christopher M. McKeon
Christopher M. McKeon
Bershtein, Volpe & McKeon P.C.
900 Chapel Street, 11th Floor
New Haven, CT 06510
Telephone: (203) 777-5800
Facsimile: (203) 777-5806
Email Address: cmm@bvmlaw.com
Federal Bar No.: 10288

## **CERTIFICATION**

The undersigned hereby certifies that copies of the foregoing were mailed via first-class United States Mail, postage prepaid, on July 17, 2018, to:

| | |
|---|---|
| Adam Siakala<br>115 Bull Avenue<br>Wallingford, CT 06492 | (Debtor) |
| Jefferson Hanna III<br>484 Main Street<br>Suite 23<br>Middletown, CT 06457 | (Attorney for Debtor) |
| Roberta Napolitano<br>10 Columbus Boulevard<br>6th Floor<br>Hartford, CT 06106 | (Chapter 13 Trustee) |
| United States Trustee<br>The Giaimo Federal Building<br>150 Court Street, Room 302<br>New Haven, CT 06510 | |
| Emily I. McConnell<br>McCalla Raymer Leibert Pierce, LLC<br>50 Weston Street<br>Hartford, CT 06120 | (Attorney for Creditor,<br>Federal National Mortgage) |

/s/ Christopher M. McKeon
CHRISTOPHER M. MCKEON

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE:<br>ADAM SIAKALA<br><br>    Debtor | CHAPTER 13<br><br>CASE NO. 18-31031 amn |
| Christopher M. McKeon, Committee<br>    Movant<br><br>v.<br><br>Adam Siakala aka Adam S. Siakala<br>Roberta Napolitano, Chapter 13 Trustee and<br>Federal National Mortgage<br>    Respondents | <br><br><br><br>JULY 17, 2018 |

### NOTICE OF CONTESTED MATTER RESPONSE DATE

The undersigned, Christopher M. McKeon, Committee, (the "Movant') has filed an Amended Motion for Relief from Stay Regarding Interim Fees and Costs for Court Appointed Foreclosure Committee (hereinafter "the Contested Matter") with the U.S. Bankruptcy Court. Notice is hereby given that any response to the Contested Matter must be filed with the court no later than August 2, 2018. In the absence of a timely filed response, the proposed order in the Contested Matter *may* enter without further notice and hearing, see 11 U.S.C. §102(1).

                                                                                             By:    /s/ Christopher M. McKeon
                                                                                             Christopher M. McKeon
                                                                                             Bershtein, Volpe & McKeon P.C.
                                                                                             900 Chapel Street, 11th Floor
                                                                                             New Haven, CT 06510
                                                                                             Telephone: (203) 777-5800
                                                                                             Facsimile: (203) 777-5806
                                                                                             Email Address: cmm@bvmlaw.com
                                                                                             Federal Bar No.: 10288

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE:<br>ADAM SIAKALA<br><br>    Debtor | CHAPTER 13<br><br>CASE NO. 18-31031 amn |
| Christopher M. McKeon, Committee<br>    Movant<br><br>v.<br><br>Adam Siakala aka Adam S. Siakala<br>Roberta Napolitano, Chapter 13 Trustee and<br>Federal National Mortgage<br>    Respondents | |

### PROPOSED ORDER RE: AMENDED MOTION FOR RELIEF FROM STAY

After due consideration, the Court grants the Movant's Amended Motion for Relief from Stay, pursuant to 11 U.S.C. § 362(d) so that he may seek approval from the Connecticut Superior Court for an order awarding the payment of interim Foreclosure Committee fees and expenses from the Respondent, Federal National Mortgage, in the foreclosure case of <u>Federal National Mortgage v. Adam Siakala aka Adam S. Siakala</u>, docketed as case number NNH-CV-17-6072062S, in Connecticut Superior Court for the Judicial District of New Haven at New Haven.

Dated: _____, 2018.

\

                                              BY THE COURT,

                                              By:_____
                                                 Hon. Ann M. Nevins
                                                 United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE:<br>ADAM SIAKALA<br><br>      Debtor | CHAPTER 13<br><br>CASE NO. 18-31031 amn |
| Christopher M. McKeon, Committee<br>      Movant<br><br>v.<br><br>Adam Siakala aka Adam S. Siakala<br>Roberta Napolitano, Chapter 13 Trustee and<br>Federal National Mortgage<br>      Respondents | |

### CERTIFICATE OF SERVICE

In accordance with the applicable provision of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on the 17th day of July, 2018, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system or by first class mail on the parties listed in section 2 below.

1. **Documents Served:**

   a. Amended Motion for Relief from Automatic Stay

   b. Proposed Order

   c. Notice of Contested Matter and Response Date

2. **Parties/Counsel Served:**

| | |
|---|---|
| Adam Siakala<br>115 Bull Avenue<br>Wallingford, CT  06492 | (Debtor) |
| Jefferson Hanna III<br>484 Main Street<br>Suite 23<br>Middletown, CT  06457 | (Attorney for Debtor) |
| Roberta Napolitano<br>10 Columbus Boulevard<br>6th Floor<br>Hartford, CT 06106 | (Chapter 13 Trustee) |
| United States Trustee<br>The Giaimo Federal Building<br>150 Court Street, Room 302<br>New Haven, CT 06510 | |
| Emily I. McConnell<br>McCalla Raymer Leibert Pierce, LLC<br>50 Weston Street<br>Hartford, CT  06120 | (Attorney for Creditor,<br>Federal National Mortgage) |

                                                                               /s/ Christopher M. McKeon
                                                                              CHRISTOPHER M. MCKEON